**SMITHKLINE BEECHAM CORPORA-TION, Smithkline Beecham, PLC, and Beecham Group PLC, Plaintiffs–Appellees,**

v.

**SYNTHON PHARMACEUTICALS, LTD. and Synthon BV, Defendants–Appellants.**

No. 2008–1230.

United States Court of Appeals, Federal Circuit.

May 14, 2008.

### ON MOTION

### *ORDER*

Upon consideration of Synthon Pharmaceuticals, Ltd. et al.'s unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.